FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 JUL 11 PM 2: 02

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 2:12-cr-79-FtM-99DNF

JASON ROBERT DUDLEY

18 U.S.C. § 922(g)(1), § 924(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 16, 2011, in Lee County, in the Middle District of Florida,

JASON ROBERT DUDLEY,

defendant herein, then being a person convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

(a) Burglary, in violation of Illinois Compiled Statutes, Chapter 720, Section 5, Paragraph 19-1, in Cook County, Illinois, on February 3, 1998 in *People of the State of Illinois vs. Jason Dudley*, case number 98-C4-40159.

did knowingly possess in and affecting commerce, a Norinco model SKS 7.62x39 rifle, and eight (8) rounds of Vympel Federal State Unitary Enterprise Production Association Ammunition, one-hundred one (101) rounds of Ulyanovsk Machine Tool Plant Ammunition, and forty-two (42) rounds of Wolf Ammunition, each round of ammunition being 7.62x39 caliber.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant

to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year,

JASON ROBERT DUDLEY,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offense, namely, a Norinco model SKS 7.62x39 rifle, and one hundred fifty-one (151) rounds of ammunition, to wit: eight (8) rounds of Vympel Federal State Unitary Enterprise Production Association Ammunition, one-hundred one (101) rounds of Ulyanovsk Machine Tool Plant Ammunition, and forty-two (42) rounds of Wolf Ammunition, each round of ammunition being 7.62x39 caliber.

Date: 7/11/12

ROBERT E. O'NEILL
United States Attorney

BY: _____
DAVID G. LAZARUS
Assistant United States Attorney
Trial Counsel

BY: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

BY: _____
NICOLE H. WAID
Assistant United States Attorney
Chief, Fort Myers Division

A TRUE BILL.

_____
FOREPERSON

2

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JASON ROBERT DUDLEY

## INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 11th day

of July, 2012.

_____
Clerk

Bail $_____

GPO 863 525

L:\_Criminal Cases\D\Dudley, Jason Robert_2012R01365_JFM\f_ indictment back.frm